# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 57 WAL 2018
:
             Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
             v. :
:
:
CHAD MARCUS SCHWARTZ, :
:
             Petitioner :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.